X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA  92037
Telephone:  858-454-4313
Facsimile:   858-454-4314
jon@x-patents.com

USASIA LAW, INC.
JOSEPH S. WU, Cal Bar No. 149430
5670 La Jolla Blvd.
La Jolla, California 92037
Telephone:  858.454.8588
Facsimile:  858.454.4314
jwu@usasialaw.com

Attorneys for Plaintiff Sonix Technology Co. Ltd

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIX TECHNOLOGY CO. LTD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENJI YOSHIDA,<br><br>　　　　　Defendant. | Case No.  12CV0380 CAB (DHB)<br><br>**JOINT MOTION TO FILE EXHIBIT A TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT UNDER SEAL** |

Plaintiff Sonix Technology Co. Ltd. ("Sonix") and Defendant Kenji Yoshida ("Yoshida") hereby jointly move for an order to file the First Amended Complaint attached as Exhibit A to Plaintiff's Motion for Leave to File Amended Complaint under seal.

The Parties submit this joint motion pursuant to Civil Local Rule 79-2 as the the First Amended Complaint contains information designated by Yoshida as CONFIDENTIAL pursuant to the form protective order applicable to this case under the Local Patent Rules. "Protective orders and filings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys. Inc. Secs. Litig.*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992). Documents may be filed and kept under seal where compelling reasons exist, regardless of the relationship of the document to the case. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Accordingly, the Parties jointly request that this Court grant this motion to file Exhibit A under seal.

Dated: July 11, 2013          X-PATENTS, APC


By:   /s/Jonathan Hangartner
      JONATHAN HANGARTNER
      Attorneys for Plaintiff Sonix Tech. Co. Inc.

| | |
|---|---|
| 1   Dated: July 12, 2013 | WESTERMAN, HATTORI, DANIELS & ADRIAN, LLP |

By:    /s/ Scott Daniels
         SCOTT DANIELS
     Attorneys for Defendant Kenji Yoshida

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 12, 2013 to all counsel who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

s/Jonathan Hangartner
JONATHAN HANGARTNER
